JOHN KUBAT, Respondent, *v.* 77TH STREET-WEST END AVENUE CORPORATION, Appellant.

(Argued November 26, 1928; decided December 31, 1928.)

*Otho S. Bowling* and *William Dike Reed* for appellant. *Arthur T. O'Leary* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.